UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO R. AYBAR,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with the Joint Status Report, filed by the parties on March 1, 2007 (docket #30).  On November 22, 2006, this case was declared complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).  A status conference was held on January 5, 2007, and the parties were ordered to file a status report on or before March 5, 2007.  In the status report now before the Court, the parties state that they are attempting to resolve this case via disposition, and request that they be allowed to file a further status report in approximately 45 days.  Upon review of the status report and file in this matter, it is hereby

ORDERED that the parties shall file an addition Joint Status Report on or before **Tuesday, April 17, 2007**.

Dated: March 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge