UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO R. AYBAR,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with the Status Report, filed by the parties on April 12, 2007 (docket #32).  On November 22, 2006, this case was declared complex  pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).  A status conference was held on January 5, 2007, and the parties were ordered to file further status reports.  In the status report now before the Court, the parties state that they have agreed in principle to the parameters of a plea agreement that will resolve this case, and request additional time to produce a draft plea agreement for final review by Defendant.  The parties request that they be allowed to file a further status report on or before May 7, 2007, in the event a Notice of Disposition has not been filed prior to that date.  Upon review of the status report and file in this matter, it is hereby

ORDERED that the parties shall file an addition Joint Status Report on or before **Monday, May 7, 2007.**

Dated: April 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge