UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    06-cr-00425-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO R. AYBAR,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion to Reconsider Incarnation Component of Sentence and Reduce Length of Incarnation by One Day (ECF No. 91), filed October 3, 2014.   In this Motion, Defendant, by and through his Counsel, Richard Kornfeld, requests that the Court reconsider the incarceration component of his sentence and reduce the length of his incarnation from 30 days to 29 days, factoring in 10 days of credit for time served.   Mr. Kornfeld reasons that the sentence, as imposed, will result in suspension of Defendant's Social Security benefits, as verified by a representative from the Denver Regional Social Security Administration Office.   The representative indicated to Mr. Kornfeld's paralegal that an individual needs to be in prison for "30 days or longer" for Social Security benefits to be suspended.

The Government does not object to this Motion.   The Probation Office, however, opposes the relief requested because a Social Security Administration publication states that benefits will not be suspended if admitted to prison for "more than 30 continuous days."   After careful consideration, I find that a term of incarnation of 29 days, factoring in

10 days of credit for time served, is appropriate.   Accordingly, it is

ORDERED that Defendant's Motion to Reconsider Incarnation Component of Sentence and Reduce Length of Incarnation by One Day (ECF No. 91) is **GRANTED**. Defendant shall be incarcerated for a total term of 39 days.   Ten days of credit for time served is recommended.   It is

FURTHER ORDERED that the Probation Office shall submit to the Court an amended Judgment to reflect this change.

Dated:   October 14, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE