

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

Office of the Warden  FCI Englewood, CO 80123

January 24, 2022

The Honorable N. Reid Neureiter
United States Magistrate Court Judge
District of Colorado
Byron G. Rogers United States Courthouse, C254/C205
1929 Stout Street, Suite C-205/254
Denver, Colorado 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2022

JEFFREY P. COLWELL
CLERK

RE:  AYBAR, Francisco R
     Reg. No. 34521-013
     Case Number: 1:06-cr-00425-DDD-1

Dear Judge Neureiter:

The purpose of this letter is to inform you of the death of inmate Francisco R. Aybar, an inmate you ordered committed to custody for a Supervised Release Violation, due to allegations of a failure to comply with the rules of the sex offender treatment agency and unapproved contact with a male victim he had sexually abused in the past. Inmate Aybar was originally sentenced by the Honorable Judge Wiley Y. Daniel, U.S. District Judge, District of Colorado, for 18 U.S.C. 2252(a)(5)(B) - Possession of Child Pornography, on October 24, 2007. Mr. Aybar arrived at the Federal Correctional Detention Center, Littleton, Colorado, on November 5, 2021.

We regret to inform the Court that the above individual was pronounced deceased at 8:50 a.m., on January 22, 2022. The exact cause of death has not been determined at this time, and an autopsy has been requested.

It should be noted, that the U.S. Attorney's Office, United States Marshals, United States Probation Office, Federal Bureau of Investigations, and inmate Aybar's Attorney of Record have been notified of Mr. Aybar's death. Please feel free to contact me if I can be of further assistance at (303) 763-4300, extension 1100.

Sincerely,

J. F. Williams
Warden

cc:
       United States Attorney's Office, District of Colorado
       United States Marshals, District of Colorado
       United States Probation Office, District of Colorado
       Regional Director, Federal Bureau of Prisons, North Central Regional Office
       Brian R. Leedy, Attorney of Record

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Institution*

*9595 W. Quincy Avenue*
*Littleton, CO 80123*

Official Business
Penalty for Private Use $300

DENVER CO 802

25 JAN 2022 PM 9 L




Scanned by
US Marshal